UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUINTON P. BROWN,<br><br>           Plaintiff,<br><br>  vs.<br><br>ELDON VAIL, et al.,<br><br>           Defendants. | NO. CV-08-5044-RHW<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

BEFORE THE COURT is Plaintiff Quinton P. Brown's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 15) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.** Plaintiff may disregard the deficiency notice sent to him on September 24, 2008.

Plaintiff has also filed an Affidavit seeking to waive collection of the remaining balance of the filing fee in this action. For good cause shown, **IT IS ORDERED** Plaintiff's request (Ct. Rec. 16) is **GRANTED** and the institution having custody of Mr. Brown shall cease collection of the filing fee in this action, cause number **CV-08-5044-RHW.**

**IT IS SO ORDERED.** The District Court Executive is directed to

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

1  enter this Order, enter judgment of dismissal without prejudice,
2  forward a copy to Plaintiff and close the file.
3      The District Court Executive is further directed to send a copy
4  of this Order to the Office of the **Department of Corrections, Attn:**
5  **LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to
6  the appropriate agency having custody of Plaintiff.  The District
7  Court Executive also **shall** provide a copy of this Order to the
8  Financial Administrator for the United States District Court, Eastern
9  District of Washington.
10     **DATED** this 3rd day of October, 2008.

             *S/ Robert H. Whaley*
             ROBERT H. WHALEY
             CHIEF UNITED STATES DISTRICT JUDGE

28 ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT
   COLLECTION OF THE FILING FEE CEASE -- 2